## Commonwealth v. Michaels, Appellant.

Submitted June 8, 1970. *Joseph T. McGraw*, Public Defender, for appellant; *Paul R. Mazzoni*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Miller, Appellant.

Argued June 9, 1970. *Robert W. Geigley*, for appellant; *Oscar F. Spicer*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Miller, Appellant.

Submitted June 8, 1970. *Robert E. Campbell*, for appellant; *Oscar F. Spicer*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended post-conviction petition.

WRIGHT, P. J., dissents.

## Commonwealth v. Missmer, Appellant.